THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
WILLIAM B. WATERS et al., Respondents.

*People* v. *Waters,* 114 App. Div. 669, affirmed.
(Argued May 6, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 18, 1906, affirming a judgment in favor of defendants
entered upon a verdict in an action to recover a penalty for a
violation of section 27 of the Agricultural Law in the sale of
renovated butter.

*William S. Jackson, Attorney-General (Martin F. Dillon*
of counsel), for appellant.

*Edward W. Cregg* for respondents.

Judgment affirmed, with costs, upon the ground that while
an oral warning by the seller that the butter is renovated but-

ter is no excuse for a failure to comply with the statute, still, in view of the concession that the tub was marked according to the statute, the charge of the judge was wholly immaterial; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.